UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KEVIN PRINCE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/14/2026

11 Cr. 663-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The C.J.A. attorney on duty today, John Buza, shall assume representation of Defendant, Kevin Prince, for the purpose of assisting Defendant with his motion for compassionate release. *See* ECF No. 217. By **January 28, 2026**, Defendant shall advise the Court whether ECF No. 217, which was filed as a *pro se* motion, remains the operative motion.

Dated: January 14, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge